■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ALLEN, JR., Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County, rendered September 24, 1980, upon resentence nunc pro tunc to April 18, 1980, convicting him of grand larceny in the second degree, upon a plea of guilty, and imposing sentence. Judgment affirmed (see People v Tinsley, 35 NY2d 926, 927; People v Dixon, 29 NY2d 55, 57). Mollen, P.J., Cohalan, Margett and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES W. BURKE, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County, imposed August 21, 1980. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J.P., Mangano, Gibbons and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO DIAZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered September 27, 1979, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw is granted (see Anders v California, 296 US 738; People v Pearson, 62 AD2d 1043; People v Foster, 58 AD2d 814; cf. People v Gonzalez, 47 NY2d 606). Mollen, P.J., Margett, O'Connor and Weinstein, JJ., concur.